IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARC HAGEST, an individual, WAYNE SUBER, an individual, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>C.R. ENGLAND, INC., a Utah corporation, <br><br>Defendant. | **ORDER DISMISSING ACTION AND VACATING FURTHER PROCEEDINGS** <br><br>Case No. 2:22-cv-00746-TC <br><br>District Judge Tena Campbell |

The court has reviewed Defendant C.R. England, Inc.'s Motion to Dismiss, ECF No. 31, and the associated exhibits, and for good cause appearing the court **ORDERS** as follows:

1. All individual claims asserted by Plaintiffs Marc Hagest and Wayne Suber against Defendant C.R. England, Inc. (including any personal right, if any, Plaintiffs may have to assert a class action lawsuit of any kind against Defendant C.R. England, Inc.) are dismissed *with prejudice*;

2. All claims of the putative class members are dismissed *without prejudice*;

3. Plaintiffs and Defendant C.R. England, Inc. shall each bear their respective attorneys' fees and costs;

4. This Order has the effect of dismissing this Action in its entirety; and

5. All further proceedings in the Action are vacated.

DATED this 17th day of March, 2023.

BY THE COURT:

*Tena Campbell*
Hon. Tena Campbell
United States District Judge